IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUNGARD RECOVERY SERVICES L.P., | : : : | |
| SunGard, | : : | Civil Action No. 02 cv 3845 |
| v. | : : | |
| UNISOURCE WORLDWIDE, INC., | : : | |
| Defendant. | : | |

**STIPULATION/CONSENT ORDER TO EXTEND THE DEADLINE
FOR UNISOURCE WORLDWIDE, INC.'S RESPONSE TO SUNGARD
RECOVERY SERVICES, L.P.'S MOTION TO COMPEL DISCOVERY**

Unisource Worldwide, Inc. ("Unisource") respectfully requests, and SunGard Recovery Services, L.P. ("SunGard") has agreed to grant, Unisource a two-week extension of time in which to file its memorandum of law in opposition to SunGard's outstanding Motion to Compel Discovery. In connection with Unisource's request, the parties stipulate as follows:

1. SunGard filed its motion on January 24, 2003. Pursuant to Local Rule 7.1(c), Unisource's response to the motion, in the absence of an extension, would be due to filed by February 7, 2003.

2. Counsel for Unisource requested of counsel for SunGard a reciprocal extension of time for Unisource's response to SunGard's motion and SunGard's responses to Unisource's outstanding discovery request. Counsel for Unisource made the request because of the existence of settlement negotiations which, if successful, would render unnecessary the time and expense of responding to the motion and the outstanding discovery requests.

3. Counsel for SunGard has agreed to grant Unisource a two-week extension, or until February 21, 2003, for Unisource to respond to SunGard's motion.

4. Unisource's response to SunGard's discovery motion shall be filed on or before February 21, 2003.

Respectfully submitted,

| **BLANK ROME LLP** | **BUCHANAN INGERSOLL, P.C.** |
|---|---|
| _____ | _____ |
| James T. Smith | Craig D. Mills |
| Rebecca D. Ward | Eliot G. Long |
| Brian S. Paszamant | Eleven Penn Center |
| One Logan Square | 1835 Market Street, 14th Floor |
| Philadelphia, PA 19103 | Philadelphia, PA 19103 |
| Telephone: (215) 569-5500 | Telephone: (215) 665-8700 |
| Facsimile: (215) 832-5791 | Facsimile: (215) 665-8760 |
| | |
| Attorneys for Plaintiff/Counterclaim Defendant SunGard Recovery Services LP | Attorneys for Defendant/ Counterclaim Plaintiff Unisource Worldwide, Inc. |

**SO ORDERED:**

_____

Dated: February \_\_\_, 2003        The Hon. James McGirr Kelly, U.S.D.J.