IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| SUNGARD RECOVERY SERVICES L.P., | : <br> : <br> : <br> : |
| Plaintiff, | : <br> :    Civil Action No. 02 cv 3845 |
| v. | : <br> : |
| UNISOURCE WORLDWIDE, INC., | : <br> : |
| Defendant. | : |

## ORDER

AND NOW, this _____ day of _____, 2003, upon consideration of Plaintiff/Counterclaim-Defendant SunGard Recovery Services L.P.'s Motion to Compel Discovery from Defendant/Counterclaim-Plaintiff Unisource Worldwide, Inc. Pursuant to Rule 26.1 of the Local Rules of Civil Procedure, and Unisource Worldwide, Inc.'s response thereto, it is hereby ORDERED that the motion is DENIED.

BY THE COURT:

_____
J.