IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUNGARD RECOVERY SERVICES, L.P. : | | CIVIL ACTION |
| : | | |
| v.  : | | |
| : | | |
| UNISOURCE WORLDWIDE, INC. : | | NO. 02-CV-3845 |

## **O R D E R**

AND NOW, this 26th day of February, 2003, it is ORDERED that Plaintiff's Motion to Compel (Document No. 17) and responses thereto are referred to United States Magistrate Judge Thomas J. Rueter for disposition. Any and all matters relating to this motion should be sent to Judge Rueter.

BY THE COURT:

_____
JAMES McGIRR KELLY, J.