IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUNGARD RECOVERY SERVICES, L.P. | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 02-3845 |
| UNISOURCE WORLDWIDE, INC. | : | |

**ORDER**

_____AND NOW, this 27th day of February, 2003, it is hereby

ORDERED

that a hearing is set for Tuesday, March 18, 2003 at 10:30 a.m., regarding Plaintiff's Motion to

Compel (Document No. 17) and responses thereto.

The hearing will take place in Courtroom 3-I, Third Floor, U.S. Courthouse, 601

Market Street, Philadelphia, Pa., before the undersigned.

BY THE COURT:

THOMAS J. RUETER
UNITED STATES MAGISTRATE JUDGE

cc:   Brian S. Paszamant, Esquire
      James T. Smith, Esquire
      Eliot G. Long, Esquire
      (Via U.S. Mail)