IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUNGARD RECOVERY SERVICES, L.P. | : | CIVIL ACTION |
| v. | : | |
| UNISOURCE WORLDWIDE, INC. | : | NO. 02-CV-3845 |

**O R D E R**

AND NOW, this 6th day of August, 2003, in consideration of the request of the parties to extend discovery in this matter, it is ORDERED that:

1. Discovery shall be completed on or before October 15, 2003.

2. Plaintiff shall file its Pretrial Memorandum on or before October 27, 2003.

3. Defendant shall file its Pretrial Memorandum on or before November 10, 2003.

4. This matter shall be placed in the trial pool of November 17, 2003.

5. A final pretrial conference will be held on the day the matter is called to trial.

BY THE COURT:

_____
JAMES McGIRR KELLY, J.