IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SUNGARD RECOVERY SERVICES, LP f/k/a SUNGARD RECOVERY SERVICES, INC. | : : : : | CIVIL ACTION |
| Plaintiff | : : | NO. 02-3845 |
| v. | : : | |
| UNISOURCE WORLDWIDE, INC. | : : | |
| Defendant | : | |

**ORDER OF TRANSFER OUT OF CIVIL SUSPENSE FILE**

AND NOW, this 7th day of August, 2003, it appearing to the court that the above entitled case should be transferred from the Civil Suspense File, it is ORDERED that the Clerk of Court transfer said case from the Civil Suspense File to the current docket for final disposition.

_____
JAMES MCGIRR KELLY, J.

Civ 15 (8/80)