IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA


| | | |
|---|---|---|
| SUNGARD RECOVERY SERVICES, L.P., | : | |
| | : | |
| Plaintiff | : | CIVIL ACTION |
| | : | |
| vs. | : | NO. 02-3845 |
| | : | |
| UNISOURCE WORLDWIDE, INC., | : | |
| | : | |
| Defendant | : | |


O R D E R


AND NOW, TO WIT this 7th day of October, 2003, it having been reported that the issues between the parties in the above action has been settled and upon Order of the Court pursuant to the provisions of Rule 41.1(b) of the Local Rules of Civil Procedure of this Court, it is

ORDERED that the above action is DISMISSED with prejudice, pursuant to agreement of counsel without costs.

BY THE COURT:


_____
HONORABLE JAMES MCGIRR KELLY
Judge, United States District Court